UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Case No.  97-cv-000853-WYD

UNITED STATES OF AMERICA,

          Plaintiff,

  v.

DOUGLAS GILDOW,

          Defendant,

  and

AULICK LEASING CORPORATION,

          Garnishee.

## GARNISHEE ORDER

On motion of the United States, and good cause appearing, it is hereby

ORDERED that the United States' Motion for Entry of Garnishee Order (Doc. # 19) is **GRANTED**.  In accordance therewith, it is

ORDERED that Garnishee Aulick Leasing Corporation shall, each pay period, pay 25% of Defendant's disposable wages to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

Dated this 12th day of November, 2009.

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel  
                                  WILEY Y. DANIEL,  
                                  CHIEF UNITED STATES DISTRICT JUDGE