IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 97-cv-00853-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

DOUGLAS GILDOW,

    Defendant,

  and

AULICK LEASING CORPORATION,

    Garnishee.

## ORDER DISMISSING WRIT OF GARNISHMENT

This matter comes before the Court on Plaintiff's Motion to Dismiss Writ of Garnishment. Having reviewed the motion and being fully advised in the premises, it is

ORDERS that Plaintiff's Motion to Dismiss Writ of Garnishment [doc. #21], filed April 9, 2010, is **GRANTED.** The Writ of Garnishment issued October 1, 2009 to Defendant's employer, Aulick Leasing Corporation, is **DISMISSED** because the Garnishee no longer employs the Defendant.

Dated this 12th day of April, 2010.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                CHIEF UNITED STATES DISTRICT JUDGE